| | |
|---|---|
| GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NASHVILLE PUBLIC MEDIA, INC. *d/b/a* NASHVILLE BANNER, NEXSTAR MEDIA GROUP, INC., SCRIPPS MEDIA, INC., STATES NEWSROOM *d/b/a* TENNESSEE LOOKOUT, and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JEFF LONG, *in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security*, GLENN FUNK, *in his official capacity as District Attorney General for Nashville & Davidson County, Tennessee*, and JOHN DRAKE, *in his official capacity as Chief of Metropolitan Nashville Police Department*, <br><br> *Defendants*. | CASE NO. 3:25-cv-00830 |

## BUSINESS ENTITY DISCLOSURE STATEMENT

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by undersigned counsel for Plaintiffs Gannett Co., Inc. Gray Local Media, Inc., Nashville Public Media, Inc. *d/b/a* Nashville Banner, Nexstar Media Group, Inc., Scripps Media, Inc., States Newsroom, *d/b/a* Tennessee Lookout, and TEGNA Inc.

Gannett Co., Inc. is a publicly held Delaware corporation with a principal place of business in New York and no parent corporation. Gannett Co., Inc. is the parent corporation of Gannett Holdings, LLC. No publicly held corporation owns 10% or more of Gannett Co., Inc.'s stock.

Gray Local Media, Inc., is a Delaware corporation with a principal place of business in Georgia. Gray Local Media, Inc., is a wholly owned subsidiary of Gray Media, Inc., a publicly held corporation. No publicly held corporation owns 10% or more of Gray Media, Inc.'s stock.

Nashville Public Media, Inc. */d/b/a* Nashville Banner is a 501(c)(3) nonprofit organization with no parent company and no stock.

Nexstar Media Group, Inc. is a publicly held Delaware corporation with a principal place of business in Texas and no parent corporation. Nexstar Media Group, Inc., is the parent corporation of Nexstar Media, Inc. No publicly held corporation owns 10% or more of Nexstar Media Group, Inc.'s stock.

Scripps Media, Inc. is a Delaware corporation with a principal place of business in Ohio. It is a wholly owned subsidiary of The E.W. Scripps Company. Affiliated corporations of Scripps Media, Inc. include the other direct, wholly owned subsidiaries of The E.W. Scripps Company: ION Media Networks, Inc., a Florida corporation; Scribion Broadcast Holdings, Inc., a Georgia Corporation; and Scripps National Spelling

Bee, Inc., an Ohio corporation. No publicly held corporation owns 10% or more of the stock of The E.W. Scripps Company.

States Newsroom *d/b/a* Tennessee Lookout is a 501(c)(3) nonprofit organization with no parent corporation and no stock.

TEGNA Inc. is a publicly traded Delaware corporation with a principal place of business in Virginia and no parent company. TEGNA Inc. is the parent corporation of Belo Corp.; Cape Publications, Inc.; Locked On Podcast Network, Inc.; Multimedia Holdings Corporation; RadiOhio, Inc.; TEGNA Memphis Broadcasting, Inc.; VideOhio, Inc.; VideoIndiana, Inc.; WBNS-TV, Inc.; WUSA-TV, Inc.; Combined Communications of Oklahoma, LLC; G/O Digital Marketing, LLC; GTMP Holdings, LLC; KFMB-TV, LLC; KXTV-TV, LLC; KWES-Television, LLC; Multimedia Entertainment, LLC; Multimedia KSDK, LLC; Pacific and Southern, LLC; Premion, LLC; TEGNA Broadcast Holdings, LLC; TEGNA East Coast Broadcasting, LLC; TEGNA National Sales & Finance, LLC; TEGNA Ventures, LLC; WBIR-TV, LLC; WFMY Television, LLC; WKYC Holdings, LLC; and WTOL Television, LLC. BlackRock, Inc. owns more than 10% of TEGNA Inc.'s stock.

Undersigned counsel is not aware of any other publicly held corporation or other publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation.

Dated: July 24, 2025                             /s/ Paul R. McAdoo

Paul R. McAdoo
pmcadoo@rcfp.org
Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
6688 Nolensville Rd. Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633
Fax: 202.795.9310

*Attorneys for Plaintiffs*

*\* Pro hac vice application forthcoming*