IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:25-cv-830 |
| | ) Judge Trauger |
| JEFF LONG, ET AL., | ) |
| Defendants. | ) |

## ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge