ORDER: The motion (Doc. No. 16) is GRANTED.

*/s/ William L. Campbell, Jr.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GANNETT CO., INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JEFF LONG, et al., <br><br> *Defendants*. | Case No. 3:25-cv-00830 <br> Hon. William L. Campbell, Jr <br> Magistrate Judge Barbara D. Holmes |

## JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

Plaintiffs Gannett Co., Inc., Gray Local Media, Inc., Nexstar Media, Inc., Scripps Media, Inc., TEGNA, Inc., Nashville Public Media, Inc. *d/b/a/* Nashville Banner, States Newsroom *d/b/a* Tennessee Lookout (together, "Plaintiffs"), and Defendants Jeff Long, Glenn Funk, and John Drake (together, "Defendants"), jointly move for entry of a schedule for further proceedings in this action reflecting the following stipulations.

Counsel have met and conferred regarding a forthcoming motion for preliminary injunction Plaintiffs intend to file, and the parties have agreed on the below proposed schedule in the interest of judicial economy and avoiding duplicative motion practice:

1. Plaintiffs will file a motion for a preliminary injunction on or before August 22, 2025;

2. Defendants will file an opposition to Plaintiffs' motion for a preliminary injunction on or before September 12, 2025;

3. Plaintiffs will file a reply in support of their motion for a preliminary injunction on or before September 26, 2025;

4. Plaintiffs respectfully request a hearing on Plaintiffs' motion for a preliminary injunction on a date thereafter convenient to the Court;

5. Defendants will file a responsive pleading or motion to dismiss within 30 days of this Court's order resolving Plaintiff's motion for a preliminary injunction.

Plaintiffs and Defendants therefore respectfully move this Court for entry of an order adopting the above agreed-upon proposed schedule.

Dated: August 14, 2025                    Respectfully submitted,

/s/ Paul R. McAdoo
Paul McAdoo
pmcadoo@rcfp.org
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
6688 Nolensville Rd. Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633
Fax: 202.795.9310

*Counsel for Plaintiffs*

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Zachary L. Barker
ZACHARY L. BARKER
Senior Assistant Attorney General

ANDREW D. DENNING
Assistant Attorney General

Constitutional Defense Division
B.P.R. No. 035933
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-4098
Zachary.Barker@ag.tn.gov

*Counsel for Defendants Funk and Long*

THE DEPARTMENT OF LAW
OF THE METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#009949)
DIRECTOR OF LAW

/s/ Allison L. Bussell
ALLISON L. BUSSELL (#023538)
  ASSOCIATE DIRECTOR OF LAW
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov

*Counsel for Defendant Drake*