# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

GANNETT CO., INC., GRAY LOCAL
MEDIA, INC., NEXSTAR MEDIA
GROUP, INC., SCRIPPS MEDIA, INC.,
TEGNA INC., NASHVILLE PUBLIC
MEDIA, INC. *d/b/a* NASHVILLE
BANNER, STATES NEWSROOM *d/b/a*
TENNESSEE LOOKOUT,

        *Plaintiffs,*

    v.

JEFF LONG, *in his official capacity as*
*Commissioner of the Tennessee Department of*
*Safety and Homeland Security*, GLENN
FUNK, *in his official capacity as District*
*Attorney General for Nashville & Davidson*
*County, Tennessee*, and JOHN DRAKE, *in*
*his official capacity as Chief of Metropolitan*
*Nashville Police Department*,

        *Defendants.*

CASE NO. 3:25-cv-00830
Hon. William L. Campbell, Jr.
Magistrate Judge Barbara D. Holmes

## [PROPOSED] ORDER GRANTING PLAINTIFFS'
## MOTION FOR PRELIMINARY INJUNCTION

**UPON CONSIDERATION** of Plaintiff's motion for preliminary injunction, the

opposition thereto, and the entire record herein, it is hereby:

**ORDERED** that Plaintiffs' motion is **GRANTED**;

**ORDERED** that Defendants, their officers, agents, affiliates, subsidiaries,

servants, employees, successors, and all other persons or entities in active concert or

privity or participation with them are hereby **ENJOINED** from enforcing or threatening

1

enforcement against Plaintiffs of Section 5 of Public Chapter 409, pending final

disposition of the above-captioned matter.

      The Court waives the security requirement of Rule 65(c) of the Federal Rules of

Civil Procedure.

**SO ORDERED**, this _____ day of _____, 202__.


_____

Hon. William L. Campbell, Jr.
United States District Judge