UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., GRAY LOCAL MEDIA, INC. NASHVILLE PUBLIC MEDIA, INC. *d/b/a* NASHVILLE BANNER, NEXSTAR MEDIA GROUP, INC., SCRIPPS MEDIA, INC., STATES NEWSROOM *d/b/a* TENNESSEE LOOKOUT, and TENGA INC., Plaintiffs, v. JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, GLENN FUNK, in his official capacity as District Attorney General for Nashville and Davidson County, Tennessee, and JOHN DRAKE, in his official Capacity as Chief of Metropolitan Nashville Police Department, Defendants. | No. 3:25-cv-00830 Chief Judge Campbell Magistrate Judge Holmes |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

The State Defendants—Jeff Long, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security and Defendant Glenn Funk, in his official capacity as District Attorney General for the 20th Judicial District of Tennessee—move to continue the initial case management conference due to a scheduling conflict with another matter for the undersigned counsel, who serves as lead counsel on this matter. The initial case management conference appears to be set for October 16, 2025, and the notice requires the presence of lead counsel for the parties.[1] (Notice, Dkt. 6.) The undersigned counsel also represents

---

[1] The State Defendants note that this matter was referred to a Magistrate Judge Holmes for customized case management, (Order, Dkt. 9), but the State Defendants are unsure if that order affected the scheduled initial case management conference.

1

state officials in *Pamela Moses v. Mark Goins, Tre Hargett, and Jonathan Skrmetti*, No. CT-1579-19 (Shelby County Circuit Court), and that matter is scheduled for a five-day trial on October 13, 2025, through October 17, 2025.

The undersigned counsel certifies that he conferred with counsel for the Plaintiffs and counsel for Defendant Drake via email on September 16, 2025, and neither opposes this request for a continuance. Additionally, counsel for the Plaintiffs noted that they are unavailable the following week, October 20-24, 2025. Accordingly, the State Defendants request that the initial case management conference be continued to October 27, 2025, or another date thereafter on which the Court is available.

Respectfully submitted,

*/s/ Zachary L. Barker*
ZACHARY L. BARKER, BPR # 035933
Senior Assistant Attorney General

ANDREW D. DENNING, BPR #042208
Assistant Attorney General

Office of the Tennessee Attorney General
Constitutional Defense Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov

*Counsel for Commissioner Long and General Funk*

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice was filed electronically on September 17, 2025. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon the following:

Grayson Clary
Reporters Committee for Freedom of the Press
1156 15th Street NW
Suite 1020
Washington, DC 20005
202-795-9300
Email: gclary@rcfp.org

Paul R. McAdoo
Reporters Committee for Freedom of the Press
6688 Nolensville Rd.
Suite 108-20
Brentwood, TN 37027
(615) 823-3633
Email: pmcadoo@rcfp.org

Allison L. Bussell
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Email: allison.bussell@nashville.gov

                                                                 */s/ Zachary L. Barker*
                                                                 ZACHARY L. BARKER
                                                                 Senior Assistant Attorney General