IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GANNETT CO., INC. *et al.* ) | |
| ) | Case No. 3:25-cv-00830 |
| ) | Chief Judge Campbell |
| v. ) | Magistrate Judge Holmes |
| ) | |
| JEFF LONG *et al.* ) | |

## O R D E R

Pending before the Court is the State Defendants' motion to continue the initial case management conference (Docket No. 22), which is represented to be unopposed and, as provided for below, is **GRANTED**.[1] The initial case management conference (the "ICMC") is **RESCHEDULED for December 11, 2025, at 10:00 a.m. (CT)** to be held telephonically using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#, with the following instructions.

Lead trial counsel for each party is required to participate in the ICMC unless otherwise ordered. Appearance by counsel at the ICMC will not be deemed to waive any defenses to personal jurisdiction. Counsel must have their calendars available during the ICMC.

Counsel for all parties must, at the initiative of Plaintiff's counsel, prepare a joint proposed Initial Case Management Order ("ICMO"), which must be filed at least **three (3) business days** before the ICMC. Counsel must utilize the appropriate form ICMO found under the link to Judge Holmes on the Court's website with the designated provisions for the assigned District Judge. Because Judge Holmes'

---

[1] Because the initial case management conference was previously set before Judge Trauger and has not yet been subsequently reset following the referral of this case to the undersigned for case management, there is technically no initial case management conference presently scheduled. Nevertheless, the State Defendants correctly framed their motion as one to continue what is, as of the filing of the motion, the only initial case management conference set in this case.

forms include all required procedures of the assigned District Judge, no incorporation of any other form ICMO is necessary. Additionally, Judge Holmes' forms are updated periodically, and counsel must therefore use the form ICMO from the website, not a form previously used.

In addition, the proposed ICMO must be separately emailed in Word format to the Courtroom Deputy at TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov.

Any motion to continue the ICMC must be filed at least **seven (7) days** before the ICMC, unless good cause is shown for a later-filed motion.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge