# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

GANNETT CO., INC., et al.,

        *Plaintiffs*,

    v.

JEFF LONG, et al.,

        *Defendants*.

CASE NO. 3:25-cv-00830

## UNOPPPOSED MOTION TO SUBSTITUTE
## DECLARATION OF JOHN PARTIPILO

    Plaintiffs respectfully move to substitute the Declaration of John Partipilo, filed at Dkt. No. 19-5, with the re-executed Declaration of John Partipilo, attached hereto as Exhibit A.  The re-executed declaration is identical to that which was previously filed but contains Mr. Partipilo's original signature, in compliance with Local Rule 7.03(e)(4).  When Plaintiffs' Motion for Preliminary Injunction, Dkt. 19, was filed, the original signed copy of the declaration had been mailed to Counsel for Plaintiffs, *see* Pls.' Mot. at 6 n. 4.  However, that originally signed document never arrived.  Accordingly, Mr. Partipilo re-executed the declaration on September 18, 2025.  The original signed copy of the same has now been received by Counsel for Plaintiffs.   Plaintiffs conferred with Defendants in connection with this motion, and Defendants have no objection.

Dated: September 29, 2025

        Respectfully submitted,

        */s/ Paul R. McAdoo*

        Paul R. McAdoo

pmcadoo@rcfp.org
Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
6688 Nolensville Rd. Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633
Fax: 202.795.9310

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice*