# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., ET AL., | ) |
| | ) |
| Plaintiffs, | ) NO. 3:25-cv-00830 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| JEFF LONG, ET AL., | ) MAGISTRATE JUDGE HOLMES |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction. (Doc. No. 19). Defendants filed responses (Doc. Nos. 20, 21), and Plaintiffs filed a reply (Doc. No. 24).

The Court will hold a hearing on Plaintiffs' motion for preliminary injunction on Thursday, October 30, 2025, at 10:00 a.m. at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B. By noon on October 23, 2025, the parties shall file the following: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; and (6) any motions in limine. No witness shall testify live at the hearing unless the party calling such witness has identified and made the witness available for a deposition prior to the hearing. Before the hearing date, counsel for the parties shall meet and confer in person to determine whether an agreement can be reached concerning injunctive relief.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE