UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

GANNETT CO., INC., et al.,

    Plaintiffs,

v.

JEFF LONG, et al.,

    Defendants.

CASE NO. 3:25-cv-00830

## DECLARATION OF JOHN PARTIPILO

I, John Partipilo, state as follows:

1. I am over the age of 18. I make this declaration in support of Plaintiff's Motion for Preliminary Injunction in the above captioned matter. I have personal knowledge of the matters stated herein.

2. I am currently a photojournalist at the Tennessee Lookout (the "Lookout") in Nashville, which is part of the States Newsroom network of local newsrooms. I have been a professional photojournalist for 40 plus years. Prior to joining the Lookout, I worked for 17 years at the Tennessean. Before that, I was a freelance photojournalist and also worked in several newsrooms in Arkansas. My photography has been featured in a number of outlets, including the New York Times, Newsweek, and Time/Life.

3. At the Lookout, I would estimate that I am in close proximity to law enforcement officers around once a week on average.

4. When the legislature is in session, I cover events at the State Capitol Building. Tennessee Highway Patrol ("THP") troopers are stationed at the Capitol Building every day.

5. There are sometimes protests or other disturbances that THP will respond to and will interact with the public for at the Capitol Building. I would estimate that THP officers clear members of the public out of the gallery of the legislative chamber around once or twice a month. I always try to capture photos when that kind of thing happens. *See, e.g.*, John Partipilo, *Top photos from April 8-11 at the Tennessee Capitol*, Tennessee Lookout (Apr. 12, 2024), https://tennesseelookout.com/2024/04/12/photos-from-april-8-11-at-the-tennessee-capitol/.

6. When I am photographing THP officers interacting with protestors or clearing the gallery, I would estimate that I am typically within about 10 feet of them. I know to give the troopers enough space to do their jobs, while still doing mine. It's common to be asked to move out of the way in those kinds of situations, but I would typically move back a couple feet or just move aside, or even wait until I am physically pushed back.

7. I also cover large-scale protests or other public gatherings that happen in the Nashville area where Nashville Metropolitan Police Department ("MNPD") officers will

be present. For example, I recently covered the "No Kings" protests, as well as protests concerning the detention of Kilmar Abrego Garcia.

8. It is not uncommon that police will make arrests or otherwise interact with the public at those kinds of protests. At the No Kings rally, for example, I know that there was a counter-protestor who had a firearm and was arrested by MNPD. One of my colleagues at the Lookout photographed the arrest. *See* Cassandra Stephenson, *Police: Man arrested at Nashville 'No Kings' Rally flagged by federal terrorism task force in April*, Tennessee Lookout (June 25, 2025), https://tennesseelookout.com/2025/06/25/police-man-arrested-at-nashville-no-kings-rally-flagged-by-federal-terrorism-task-force-in-april/.

9. At the Abrego Garcia protests, I photographed MNPD helping to escort a counter-protestor out of the crowd. *See* Anita Wadhwani et al., *Kilmar Abrego Garcia arraignment in Nashville*, Tennessee Lookout (June 13, 2025), https://tennesseelookout.com/2025/06/13/coverage-of-kilmar-abrego-garcia-arraignment-in-nashville/.

10. Before SB 30 went into effect, I knew that when covering the activities of law enforcement, I could not impede their duties. I knew to keep a reasonable distance from them. But 25 feet is much further than what I would consider to be a reasonable distance to stay out of their way while still doing my job.

11. Even though SB 30 is in effect now, I would not let police officers prevent me from doing my job. If I were asked to move back 25 feet and I felt like that order wasn't justified and would stop me from documenting a newsworthy event, I would rather risk arrest than comply with that order.

12. I also don't know if I would reliably be able to comply with SB 30 in practice. I am not sure that I could accurately estimate how far 25 feet is. When THP officers are removing members of the public from the gallery at the State Capitol building, they are often moving towards you in close quarters, and it would be difficult to ensure there was always 25 feet between me and them. There are also times when you are in the middle of a crowd at a protest situation where it's just impossible to move.

13. I have also noticed a wide variability on how knowledgeable and friendly police officers are with the public and the press when I'm in a public space trying to do my job. There have been instances where I've had to explain to police officers that they don't have any right to tell me where I can and cannot be as long as I'm not breaking any laws and I'm not interfering with them doing their jobs. I am concerned that SB 30 will make those situations more frequent and more frustrating to deal with.

Re- Executed on ~~August~~ September 18, 2025 in Nashville, Tennessee.

John Partipilo