# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

GANNETT CO., INC., GRAY LOCAL MEDIA, INC., NEXSTAR MEDIA GROUP, INC., SCRIPPS MEDIA, INC., TEGNA INC., NASHVILLE PUBLIC MEDIA, INC. *d/b/a* NASHVILLE BANNER, STATES NEWSROOM *d/b/a* TENNESSEE LOOKOUT,

      *Plaintiffs*,

    v.

JEFF LONG, *in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security*, GLENN FUNK, *in his official capacity as District Attorney General for Nashville & Davidson County, Tennessee*, and JOHN DRAKE, *in his official capacity as Chief of Metropolitan Nashville Police Department*,

      *Defendants*.

CASE NO. 3:25-cv-00830
Hon. William L. Campbell, Jr.
Magistrate Judge Barbara D. Holmes

## PLAINTIFFS' EXHIBIT LIST

Pursuant to the Court's October 1, 2025 Order, ECF No. 26, Plaintiffs offer the following list of exhibits to be considered at the hearing on Plaintiffs' motion for preliminary injunction on Thursday, October 30, 2025:

| Exhibit | Document Title |
| --- | --- |
| A | Declaration of Andy Cordan (Executed August 11, 2025) |
| B | Declaration of Don Dare (Executed August 8, 2025) |

| C | Declaration of Stephen Elliot (Executed August 12, 2025) |
|---|---|
| D | Declaration of John Partipilo (Re-Executed September 18, 2025) |
| E | Declaration of Michael Rose (Executed August 20, 2025) |
| F | Declaration of Sarah Grace Taylor (Executed August 8, 2025) |
| G | Adam Friedman, *Memphis task force using TN 'buffer law,' preventing up-close recording of police activity*, Tennessee Lookout (Oct. 14, 2025), https://tennesseelookout.com/2025/10/14/memphis-task-force-using-tn-buffer-law-preventing-up-close-recording-of-police-activity/. |

Plaintiffs have met and conferred with counsel for Defendants in connection with this exhibit list and do not anticipate the filing of any motions *in limine* at this stage.

Dated: October 23, 2025

Respectfully submitted,

*/s/ Paul R. McAdoo*
Paul R. McAdoo
pmcadoo@rcfp.org
Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
6688 Nolensville Rd. Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633
Fax: 202.795.9310

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice*

2