UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., GRAY LOCAL MEDIA, INC. NASHVILLE PUBLIC MEDIA, INC. *d/b/a* NASHVILLE BANNER, NEXSTAR MEDIA GROUP, INC., SCRIPPS MEDIA, INC., STATES NEWSROOM *d/b/a* TENNESSEE LOOKOUT, and TENGA INC., <br><br> Plaintiffs, <br><br> v. <br><br> JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, GLENN FUNK, in his official capacity as District Attorney General for Nashville and Davidson County, Tennessee, and JOHN DRAKE, in his official Capacity as Chief of Metropolitan Nashville Police Department, <br><br> Defendants. | No. 3:25-cv-00830 <br> Chief Judge Campbell <br> Magistrate Judge Holmes |

## DECLARATION OF COLONEL MATT PERRY

I, Colonel Matt Perry, declare the following:

1. I am an adult over eighteen years of age and competent to testify. I provide the information below to the best of my knowledge, under penalty of perjury.

2. I am the Colonel of the Tennessee Highway Patrol. I was sworn in as Colonel by Governor Bill Lee in December of 2020. I have almost 22 years with the Tennessee Highway Patrol and 2 years with Williamson County Sheriff Office. I have been a Sergeant, Lieutenant, Captain, Major, and Lieutenant Colonel prior to becoming Colonel in 2020. I also served and supervised both the Field and Administrative Bureaus of the Tennessee Highway Patrol.

1

3. On October 14, 2025, the Tennessee Lookout published an article entitled "Memphis task force using TN 'buffer law,' preventing up-close recording of police activity" by Adam Friedman. I reviewed that article.

4. The article has pictures of three individuals who appear to be law enforcement officers. None of those officers are Tennessee Highway Patrol Troopers. Troopers do not wear United States Marshall, Federal Bureau of Investigation (FBI), or Homeland Security Investigations (HSI) uniforms. Tennessee Highway Patrol has no documentation regarding the incident referenced in the article.

5. Tennessee Highway Patrol has issued no citations pursuant to 2025 Tenn. Pub. Acts, ch. 409.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

KYLE SAUNIER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214048608
MY COMMISSION EXPIRES DECEMBER 25, 2025

COLONEL MATT PERRY

Date 10/21/2025