UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., GRAY LOCAL MEDIA, INC. ) <br> NASHVILLE PUBLIC MEDIA, INC. *d/b/a* ) <br> NASHVILLE BANNER, NEXSTAR MEDIA GROUP, ) <br> INC., SCRIPPS MEDIA, INC., STATES NEWSROOM ) <br> *d/b/a* TENNESSEE LOOKOUT, and TENGA INC., ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> JEFF LONG, in his official capacity as Commissioner ) <br> of the Tennessee Department of Safety and Homeland ) <br> Security, GLENN FUNK, in his official capacity as ) <br> District Attorney General for Nashville and Davidson ) <br> County, Tennessee, and JOHN DRAKE, in his official ) <br> Capacity as Chief of Metropolitan Nashville Police ) <br> Department, ) <br> ) <br> **Defendants.** ) | No. 3:25-cv-00830 <br> **Chief Judge Campbell** <br> **Magistrate Judge Holmes** |

## STATE DEFENDANTS' EXHIBIT LIST

The State Defendants—Jeff Long, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security and Glenn Funk, in his official capacity as District Attorney General for the 20th Judicial District of Tennessee—submit this list of exhibits upon which they may rely at the upcoming hearing on Plaintiffs' motion for preliminary injunction on Thursday, October 30, 2025.

1. State Defendants' Exhibit 1 – Tennessee Public Acts Chapter 409 (Dkt. 20-1);

2. State Defendants' Exhibit 2 – POST Rules of Curriculum (Dkt. 20-2);

3. State Defendants' Exhibit 3 – Legislative Session Transcript (Dkt. 20-3);

4. State Defendants' Exhibit 4 – Declaration of Colonel Matt Perry (Dkt. 30-1);

1

5. Documents included in Plaintiffs' exhibit list; and

6. Documents included in Defendant John Drake's exhibit list.

Respectfully submitted,

*/s/ Zachary L. Barker*
ZACHARY L. BARKER, BPR # 035933
Senior Assistant Attorney General

ANDREW D. DENNING, BPR #042208
Assistant Attorney General

Office of the Tennessee Attorney General
Constitutional Defense Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Zachary.Barker@ag.tn.gov
Andrew.Denning@ag.tn.gov

*Counsel for Commissioner Long and General Funk*

# CERTIFICATE OF SERVICE

I certify that the foregoing Exhibit List was filed electronically on October 23, 2025. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon the following:

Grayson Clary
Reporters Committee for Freedom of the Press
1156 15th Street NW
Suite 1020
Washington, DC 20005
202-795-9300
Email: gclary@rcfp.org

Paul R. McAdoo
Reporters Committee for Freedom of the Press
6688 Nolensville Rd.
Suite 108-20
Brentwood, TN 37027
(615) 823-3633
Email: pmcadoo@rcfp.org

Allison L. Bussell
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Email: allison.bussell@nashville.gov

                                                    */s/ Zachary L. Barker*
                                                    ZACHARY L. BARKER
                                                    Senior Assistant Attorney General