# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GANNETT CO., INC.,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:25-cv-00830 |
| | ) |
| **JEFF LONG,** *et al.*, | ) **Judge Campbell** |
| | ) **Magistrate Judge Holmes** |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Peter G. Vizcarrondo hereby gives notice of his appearance as counsel of record for Defendant Chief John Drake, in his official capacity.

      Respectfully submitted,

      THE DEPARTMENT OF LAW
      OF THE METROPOLITAN GOVERNMENT OF
      NASHVILLE AND DAVIDSON COUNTY

      WALLACE W. DIETZ (#9949)
      DIRECTOR OF LAW

      /s/ *Peter G. Vizcarrondo*
      PETER G. VIZCARRONDO (NY BAR #5540398)
        ASSISTANT METROPOLITAN ATTORNEY
      108 Metropolitan Courthouse
      P.O. Box 196300
      Nashville, Tennessee 37219
      (615) 862-6341
      peter.vizcarrondol@nashville.gov

{N0722355.1}
Case 3:25-cv-00830   Document 32   Filed 10/23/25   Page 1 of 1 PageID #: 319