IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JEFF LONG, et al.,<br><br>    *Defendants*. | Case No. 3:25-cv-00830<br><br>Hon. William L. Campbell, Jr<br>Magistrate Judge Barbara D. Holmes |

## DEFENDANT JOHN DRAKE'S NOTICE OF FILING DECLARATION

Pursuant to the Court's October 1, 2025 Order (ECF No. 26), Defendant John Drake, sued in his official capacity as the Chief of the Metropolitan Nashville Police Department ("MNPD"), submits the attached Declaration of Chris Gilder, Deputy Chief over the Executive Services Bureau for MNPD, for use at the October 30, 2025 hearing on Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

THE DEPARTMENT OF LAW
OF THE METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *Peter G. Vizcarrondo*
ALLISON L. BUSSELL (#023538)
  ASSOCIATE DIRECTOR OF LAW
PETER G. VIZCARRONDO (NY BAR #5540398)
  ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
peter.vizcarrondol@nashville.gov