IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JEFF LONG, et al.,<br><br>    *Defendants*. | Case No. 3:25-cv-00830<br><br>Hon. William L. Campbell, Jr<br>Magistrate Judge Barbara D. Holmes |

## DECLARATION OF CHRIS GILDER

Chris Gilder declares under penalty of perjury that the below is true and correct:

1. I am an adult over the age of eighteen and competent to testify to the matters stated here.

2. I am the Deputy Chief over the Executive Services Bureau for the Metro Nashville Police Department ("MNPD"). As part of my job, I have access to a variety of information including, but not limited to, MNPD's Records Management System ("RMS")—the system in which MNPD stores records of individuals arrested or charged in Davidson County.

3. I am aware that Plaintiffs in this matter challenge the constitutionality of Tenn. Code. Ann. § 39-16-612(a), which makes it a misdemeanor to "intentionally approach[ ], within twenty-five feet (25'), a law enforcement officer after the officer has ordered the person to stop approaching or to retreat and the officer is lawfully engaged in the execution of official duties" in certain scenarios.

4. RMS indicates that since the statute went into effect on July 1, 2025, MNPD has not charged any individual with violating Tenn. Code. Ann. § 39-16-612(a).

{N0721671.1}    1

5. In addition, on August 12, 2025, MNPD instructed its officers that the constitutionality of Tenn. Code. Ann. § 39-16-612(a) has been challenged and to refrain from enforcing the statute while this litigation is pending.

_____
Deputy Chief Chris Gilder

10/23/25
Date