# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:25-cv-00830 |
| ) | |
| ) | JUDGE CAMPBELL |
| JEFF LONG, in his capacity as ) | MAGISTRATE JUDGE HOLMES |
| Commissioner of the Tennessee ) | |
| Department of Safety and Homeland ) | |
| Security, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Due to unforeseen circumstances beyond the Court's control, the Preliminary Injunction Hearing scheduled for October 30, 2025, is **CONTINUED**. The Court will reschedule the hearing after consulting with the parties regarding available dates.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE