UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GANNETT CO., INC., et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JEFF LONG, et al.,<br><br>   *Defendants*. | Case No. 3:25-cv-00830<br>Hon. William L. Campbell, Jr<br>Magistrate Judge Barbara D. Holmes |

## UNOPPOSED MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

  Plaintiffs Gannett Co., Inc., Gray Local Media, Inc., Nexstar Media, Inc., Scripps Media, Inc., TEGNA, Inc., Nashville Public Media, Inc. *d/b/a/* Nashville Banner, States Newsroom *d/b/a* Tennessee Lookout (together, "Plaintiffs") respectfully move to continue the initial case management conference currently scheduled for December 11, 2025. ECF No. 23. Counsel for Plaintiffs have met and conferred with counsel for Defendants in connection with this motion; the relief requested here is unopposed.

  In light of the continuance of the preliminary injunction hearing in this matter to December 18, 2025, ECF No. 35, the initial case management conference is now scheduled to take place before this Court's consideration of that motion. Because this Court's ruling on the preliminary injunction motion will likely have a significant impact on the shape of any further proceedings, Plaintiffs respectfully submit that continuing

the initial case management conference until this Court has had an opportunity to rule would best conserve judicial resources and avoid potentially duplicative proceedings.

Plaintiffs therefore respectfully move this Court for entry of an order continuing the initial case management conference to a date convenient to the Court after the Court's ruling on the motion for a preliminary injunction.

Dated: November 14, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Paul R. McAdoo*
　　　　　　　　　　　　　　　　　　　　　Paul McAdoo
　　　　　　　　　　　　　　　　　　　　　pmcadoo@rcfp.org
　　　　　　　　　　　　　　　　　　　　　Grayson Clary*
　　　　　　　　　　　　　　　　　　　　　REPORTERS COMMITTEE FOR
　　　　　　　　　　　　　　　　　　　　　　FREEDOM OF THE PRESS
　　　　　　　　　　　　　　　　　　　　　6688 Nolensville Rd. Suite 108-20
　　　　　　　　　　　　　　　　　　　　　Brentwood, TN 37027
　　　　　　　　　　　　　　　　　　　　　Phone: 615.823.3633
　　　　　　　　　　　　　　　　　　　　　Fax: 202.795.9310
　　　　　　　　　　　　　　　　　　　　　　* *Admitted pro hac vice*

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*