IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **GANNETT CO., INC.** *et al.* | ) |
| | ) Case No. 3:25-cv-00830 |
| | ) **Chief Judge Campbell** |
| v. | ) **Magistrate Judge Holmes** |
| | ) |
| **JEFF LONG** *et al.* | ) |

## O R D E R

Pending before the Court is Plaintiffs' motion to continue the initial case management conference (Docket No. 36), which is represented to be unopposed and, as provided for below, is **GRANTED**. The initial case management conference is **RESCHEDULED** to **February 11, 2026, at 2:00 p.m. (CT)** to be held telephonically using the Court's conference line at 1-855-244-8681, access code 2300 984 3452 #.

The parties are directed to prior filings for directions on preparation and filing of a proposed initial case management order at least **three (3) business days** in advance of the initial case management conference (with a copy in Word format separately emailed to TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov).[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel must utilize the form initial case management order ("ICMO") found under the link to Magistrate Judge Holmes on the Court's website with designated provisions for Chief Judge Campbell's cases. This form order includes all the District Judge's requirements and preferences and <u>incorporation of any other form ICMO is therefore unnecessary</u>. Further, because Judge Holmes' form ICMO is periodically updated, <u>counsel must use the form ICMO currently found on the Court's website</u> and not a previously used ICMO form that may be outdated.