IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GANNETT CO., INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:25-cv-00830 |
| JEFF LONG, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE |
| Defendants. | ) HOLMES |

## ORDER

The preliminary injunction hearing currently set for January 28, 2026, at 1:30 p.m. is RESET for February 17, 2026, at 2:30 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE