IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **GANNETT CO., INC.** *et al.* ) | |
| ) | **Case No. 3:25-cv-00830** |
| v. ) | **Chief Judge Campbell** |
| ) | **Magistrate Judge Holmes** |
| **JEFF LONG** *in his official capacity as* ) | |
| *Commissioner of the Tennessee Department of* ) | |
| *Safety and Homeland Security, et al.* ) | |

**O R D E R**

To allow for resolution of the pending motion for preliminary injunction (Docket No. 19), which is set for hearing before Chief Judge Campbell on February 17, 2026 (Docket No. 38), the initial case management conference, presently set for February 11, 2026 (Docket No. 37), is **RESCHEDULED for February 24, 2026, at 11:00 a.m. (CST)** to be held telephonically using the Court's conference line at 1-855-244-8681, access code 2300 984 3452 #.

The parties are directed to prior filings for directions on preparation and filing of a proposed initial case management order at least **three (3) business days** in advance of the initial case management conference (with a copy in Word format separately emailed to TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov).[1]

Additionally, while the Court appreciates that resolution of the pending motion for preliminary injunction may impact the structure of a case management schedule, the length of time this case has been pending dictates that the Court proceed with fashioning a case management

---

[1] Counsel must utilize the form initial case management order ("ICMO") found under the link to Magistrate Judge Holmes on the Court's website with designated provisions for Chief Judge Campbell's cases. This form order includes all the District Judge's requirements and preferences and <u>incorporation of</u> <u>any other form ICMO is therefore unnecessary</u>. Further, because Judge Holmes' form ICMO is periodically updated, <u>counsel must use the form ICMO currently found on the Court's website</u> and not a previously used ICMO form that may be outdated.

plan, which the Court intends to do. Accordingly, the continued pendency of the preliminary injunction motion shall not be grounds for any further continuance of the initial case management conference.

    It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge