# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GANNET CO, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:25-cv-00830 |
| ) | |
| JEFF LONG, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendants. ) | |

## ORDER

The Court heard oral argument on Plaintiffs' motion for preliminary injunction (Doc. No. 19) on February 17, 2026, during which the undersigned **DENIED** the motion for the reasons stated on the record. As also stated on the record during the hearing, Defendants shall promptly notify the Court if there are any changes in policy relevant to the issues in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE