UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GANNETT CO., INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JEFF LONG, et al., <br><br> *Defendants*. | Case No. 3:25-cv-00830 <br> Hon. William L. Campbell, Jr <br> Magistrate Judge Barbara D. Holmes |

## NOTICE OF APPEAL

Plaintiffs Gannett Co., Inc., Gray Local Media, Inc., Nexstar Media, Inc., Scripps Media, Inc., TEGNA, Inc., Nashville Public Media, Inc. *d/b/a/* Nashville Banner, and States Newsroom *d/b/a* Tennessee Lookout ("Plaintiffs") hereby give notice of their appeal to the U.S. Court of Appeals for the Sixth Circuit from this Court's February 18, 2026 order denying Plaintiffs' motion for preliminary injunction. *See* ECF No. 40.

Dated: March 5, 2025

Respectfully submitted,

/s/ *Paul R. McAdoo*
Paul McAdoo
pmcadoo@rcfp.org
Grayson Clary*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
6688 Nolensville Rd. Suite 108-20
Brentwood, TN 37027
Phone: 615.823.3633
Fax: 202.795.9310
  * *Admitted pro hac vice*

*Counsel for Plaintiffs*