IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GANNETT CO., INC., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:25-cv-00830 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| JEFF LONG, ET AL., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Parties' Joint Motion to Stay Trial Court Proceedings and Supporting Memorandum of Law. (Doc. No. 48). The motion is **GRANTED**. Accordingly, this matter is **STAYED**, and the Clerk is **DIRECTED** to administratively close the file pending the disposition of Plaintiffs' appeal before the Sixth Circuit Court of Appeals. The Parties shall file a notice with the Court within 10 days of the disposition of Plaintiffs' appeal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE